# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SOUTH-TEK SYSTEMS, LLC   v.   ENGINEERED CORROSION SOLUTIONS

Case No. 2017-2297

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| South-Tek Systems, LLC | South-Tek Systems, LLC. | None |
| Potter Electric Signal Company, LLC | Potter Electric Signal Company, LLC | None |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

David E. Bennett, Esq., Edward H. Green III, Esq., Brandee N. Woolard, Esq.

Jul 27, 2017                                        /s/ Edward H. Green, III
         Date                                        Signature of counsel

Please Note: All questions must be answered    Edward H. Green, III
                                                Printed name of counsel

cc: Michael J. Thomas, Bryan K. Wheelock

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on July 27, 2017 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Edward H. Green, III | /s/Edward H. Green, III |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Coats & Bennett PLLC |
| Address | 1400 Crescent Green, Suite 300 |
| City, State, Zip | Cary, NC 27518 |
| Telephone Number | 919-854-1844 |
| Fax Number | 919-854-2084 |
| E-Mail Address | egreen@coatsandbennett.com, dbennett@coatsandbennett.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields